# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1178**
**CA 14-00494**
PRESENT: SMITH, J.P., PERADOTTO, VALENTINO, WHALEN, AND DEJOSEPH, JJ.

ELISABETH L. PIPER AND SHARON RITER,
PLAINTIFFS-RESPONDENTS,

                              V                                    ORDER

LEWIS G. GIGLIA, D.P.M., JOHN E. TURANO, D.P.M.,
AND EASTSIDE PODIATRY, DEFENDANTS-APPELLANTS.

SMITH, SOVIK, KENDRICK & SUGNET, P.C., SYRACUSE (KEVIN E. HULSLANDER OF COUNSEL), FOR DEFENDANTS-APPELLANTS.

FARACI LANGE, LLP, ROCHESTER (BRIAN M. ZORN OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS.

---

     Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered September 9, 2013. The order denied the motion of defendants to compel disclosure.

     Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on October 8, 2014,

     It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  November 14, 2014                    Frances E. Cafarell
                                               Clerk of the Court